# EXHIBIT E

 **NFS Leasing**

## TRI-PARTY LANDLORD AGREEMENT

This Tri-Party Landlord Agreement is entered into as of this 30th day of April, 2021 (this "Agreement") by and among NFS Leasing, Inc., a Massachusetts corporation ("NFS"), SA Hospital Acquisition Group, LLC, a Delaware limited liability company ("Lessee"), and PI Broadway LLC ("Landlord"), a Missouri limited liability company.

WHEREAS, NFS and Lessee are entering into a certain equipment leasing transaction (the "Equipment Lease") whereby NFS will lease to Lessee certain equipment (the "Leased Equipment"), which Leased Equipment is more fully described below; and

WHEREAS, Landlord and Lessee are parties to that certain Hospital Lease dated January 19, 2021 and a true, complete and accurate copy of such lease, as amended, is attached hereto as Exhibit A (as amended, restated or otherwise modified from time to time the "Lease") for certain premises located at **3933 S. Broadway St, Louis, MO 63118** (the "Premises"); and

WHEREAS, the purpose of this Agreement is to provide for NFS to gain access to the Leased Equipment in the event Lessee defaults under the Equipment Lease and NFS exercises its rights thereunder to repossess the Leased Equipment

NOW THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties to this Agreement hereby agree as follows:

1. **Landlord's Representations:** Landlord hereby warrants and represents that the Lessee is the tenant under the Lease. The Landlord waives any claim or defense to the contrary. The Lease represents the entire understanding between Landlord and Lessee with respect to the leasing of the Premises. The Lease has been duly authorized, executed and delivered by Landlord, and is in full force and effect. To the best knowledge of Landlord the Premises have not become subject to any mechanic's, laborer's, material person's or other lien. There exists no default of Landlord or Lessee under the Lease nor state of facts which, with the passage of time or the giving of notice or both, could ripen into a default on the part of Landlord, or to the best knowledge of Landlord, could ripen into a default on the part of Lessee under the Lease.

2. **Collateral and Leased Equipment.** For all purposes of this Agreement the "Leased Equipment" means that certain equipment set forth on the attached Schedule 1 as well as any subsequent equipment which may in the future be leased to Lessee under any additional schedule to the Equipment Lease and which is to be physically located at the Premises, together with any replacements or additions thereto. Each of Landlord and Lessee agree to at all times reaffirm NFS' ownership interest in the Leased Equipment even where the Leased Equipment may be attached to, affixed to or installed in or upon the Premises, and shall not assert any claims to a lien or other interest in the Leased Equipment. Additionally, Landlord acknowledges that NFS has required and may in the future require as security for the obligations under the Equipment Lease, inter alia, liens on certain assets owned by Lessee that may be located at the Premises (the "Collateral"). Landlord hereby agrees that (a) Landlord will not assert against any of Lessee's assets (including without limitation the Collateral) any statutory or possessory liens, including, without limitation, rights of levy or distraint for rent, all of which Landlord hereby waives, and (b) none of the Collateral located at the Premises shall be deemed to be fixtures

3. **Access to Leased Equipment in the Event of Default Under Equipment Lease.** Each of Lessee and Landlord hereby agrees that in the event of any default declared by NFS under the Equipment Lease ("Default") which gives rise to NFS seeking to enforce its rights of repossession of the Leased Equipment and to enforce its security interest in the Lease and/or the Collateral, Landlord is hereby authorized and directed, at NFS' option, to allow NFS or its designated agents to (a) succeed to Lessee's right, title and interest under the Lease, and (b) or (c) remove the Leased Equipment and/or Collateral from the Premises within a reasonable time, not to exceed ninety (90) days after NFS provides notice to Landlord of the Default, provided that if NFS occupies the Premises in excess of twenty (20) days (the "Initial Period") after such notice of Default, NFS shall pay to Landlord a use and occupancy fee equal to the amount of the prorated monthly rental payment that would have been due under the Lease for the period of time NFS occupies the Premises after the Initial Period, and NFS shall pay Landlord for any actual damages directly caused by NFS or its representatives in removing the Leased Equipment and/or Collateral from the Premises. Landlord further agrees that Landlord will not hinder NFS' actions in repossessing the Leased Equipment or exercising its rights with respect to the Collateral

4. ~~Certain Agreements. Landlord hereby agrees that it will simultaneously provide NFS with a copy of any notice of default, or any similar notice sent to Lessee which relates to Lessee's use or occupancy of the Premises in connection with the Lease...~~ 

5. **Notices.** All notices permitted or required by this Agreement shall be in writing and served upon the parties by either certified mail, return receipt requested, or by a reputable overnight delivery service requiring a signature upon delivery, or via facsimile or electronic mail transmission for which a successful transmission report is generated. Any such notice shall be deemed effective when received by that party at the following address, email or facsimile number.

| If to: NFS Leasing, Inc. | If to Lessee: | SA Hospital Acquisition Group, LLC | If to Landlord: | PI Broadway LLC |
|---|---|---|---|---|
| 900 Cummings Center, Suite 226-U | Address: | 269 West Honita | Address: | c/o Positive Investments, Inc. |
| Beverly, MA 01915 | | Claremont, CA 91711 | | 610 N. Santa Anita Ave Arcadia, CA 91006 |
| Fax: (866) 805-3667 | Phone: | | Phone | (626) 321-4815 |
| Attn: Legal | Fax: | | Attn: | Rao Yalamanchili |
| Email: legal@nfsleasing.com | Email: | Troy.schoff@schmuelle.com | Email: | rao@positiveinvestments.com |

6   Governing Law, Jurisdiction and Venue:  This Agreement shall be interpreted under and governed by the laws of the State where the Leased Equipment is located and any action commenced hereunder shall be brought only in a court of competent jurisdiction sitting within said State

7   Modification:  To be effective  any modification of this Agreement must be in writing and executed by all parties

8   Execution:  Each party represents and warrants to the other parties that the person executing this Agreement on its behalf is duly authorized to do so and that once executed, this Agreement is intended to be a binding agreement enforceable in accordance with its terms  This Agreement may be executed in several counterparts with each such counterpart constituting an original. Any party may execute this Agreement via fax with original signature pages thereafter furnished to the other parties, provided however that no party  may avoid any obligation hereunder by virtue of its failure to furnish such original signatures

9   Severability.  In the event that any provision of this Agreement shall be held to be invalid  void, voidable, or otherwise unenforceable, the remaining portions of this Agreement shall remain in full force and effect to the extent that they can be given effect without the invalid portions

10  Successors and Assigns  It is the intent of the parties that this Agreement shall be binding upon each of the party's successors, assigns, and personal representatives, upon any successor owner or transferee of the Premises, and upon any purchaser, including any mortgagee, from Landlord

Executed as an agreement under seal and effective on the date first above written

| NFS Leasing, Inc | Lessee: SA Hospital Acquisition Group, LLC | Landlord: PI Broadway LLC |
|---|---|---|
| Name:  Mark Bhisdell | Name: | Name:  Rao Yalammchili |
| Signature: | Signature: | Signature: |
| Title:  CFO | Title: | Title:  Manager |
| Date:  4/30/2021 | Date:  5/5/21 | Date:  4/30/21 |

2

# Schedule 1

| Vendor | Invoice or PO # | Description |
|---|---|---|
| Alco Sales And Service Co | 2833897-IN | QTY 25 LITHIUM IRON PHOSPHATE BATTERY |
| BidMed, LLC | 1-282-21 | PRECISION FLOUROSCOPY SYSTEM |
| BidMed, LLC | 1-282-21 | SIGNA EXCITE 1.5 t MOBILE MRI |
| Boelter | 720763-1 | CONTRACT TO FURNISH KITCHEN EQUIPMENT |
| Cadwell | 245921 | CAMERA ACCESSORIES |
| CDW 2 | 4049065 | MS SOFTWARE |
| CDW 3 | 3835877 | ARUBA SOFTWARE |
| CDW 4 | 3716877 | 48 WIRELESS GATEWAYS AND CONTROLLERS |
| CDW 5 | 4207989 | 100 7480 MONITORS 100 LOGITECH WIRELESS |
| CDW | 4171567 | 452 SOFTWARE LICENSES FOR MS EXCHANGE ETC |
| FISHER HEALTHCARE | 5819729 | JPL430A HIGH PERFORMANCE PLASMA FREEZER |
| FUTURA MOBILITY | 100063518 | QTY 10 M3BT CHASSIS POWER MI IFI AND ACCESORIES |
| FUTURA MOBILITY | 100063915 | 10 DELL OPTIPLEX MED MLK |
| FUTURA MOBILITY | 100064007 | 10 HONEYWELL 1950 SCANNER ONLY |
| HILLROM | 1171078 | VOLARA SYSTEM AND STAND |
| JAKEN MEDICAL | 47560 | QTY 4 ELECTROCARDIOGRAPH GE MAC COLOR DISP 12SL GS INTERP |
| JUST MEDICAL | 4010584 | MRI SPIRODOC SPIROMETER AND OXIMETER |
| LINET -2 | 20202612 | BEDS MATTRESSES TABLES CHAIRS |
| MEDICAL POSITIONING | 5890 | ECHOTABLE AND ACCESSORIES |
| MINDRAY | P60D1320A | QTY 4 MINDRAY ULTRASOUND SYSTEMS AND ACCESORIES |
| MINDRAY | P060011320 | MINDRAY PATIENT MONITORING AND ANESTHESIA SYSTEM |
| NORIX | INV88672 | BEDS MATTRESSES RESTRAINT CHAIRS LOUNGE |
| ORTHO CLINICAL DIAGNOSTICS | 1851665718 | VITRO XT 7600 INTEGRATED SYSTEM ANTIGEN TESTING |
| SERVICE EXPRESS | 987076 | EMC DELL INTEL VM WARE |
| STLCOM COM 2 | 136089 | NURSE CALL SYSTEM AND PATIENT MONITORING |
| STLCOM COM 3 | 136055 | TWO INVOICE INCLUDE SOFTWARE HARDWARE INSTALL AND TAX |
| STLCOM COM 1 | STL-135917 | AVAYA PHONE HARDWARE AND SYS SOFTWARE |
| ABBO1 | 27314 | HEMATOLOGY ANALYZER |
| ADVANCED STERILIZATION PRODUCTS | 27474 | SURGERY STERILIZER - ST100NX ALLCLEAR 1-DR DUO and install kit |
| ARJO | 27482 | PATIENT LIFT AND SAFETY |
| COVIDIEN (Medtronic) | 27460 | QTY 4 VENTILATOR |
| FERGUSON FACILITIES SUPPLIES | 27256 | QTY 2 EVS DEPARTMENTS |
| GE | 27199 | DICOM GW PRO |
| GE | 27390 | DIGITAL X RAY - Optima XR646 1D base LED (Item # S1204AH) |
| GE | 27360 | RADIOLOGY |
| GE | 27366 | CT SCAN - Revolution Evo Gen 2 ES Digital BI |
| GE | 27442 | C-ARMS |
| GE | 27361 | NUCLEAR MEDICINE - GS INF2 375IN ACQ SYS - GoldSeal Infinia II dual detector imaging system |
| GE | 27365 | ULTRASOUND - GoldSeal Logiq S8 R4.5 OLED (Catalog # L8029SE) and Array Probe |
| MCKESSON | 30479 | BIOMERIEUX (MICROBIOLOGY) |
| MCKESSON | 30426 | BIOMERIEUX (MICROBIOLOGY) |

3

| PHILIPS | 27473 | QTY 4 BIPAP MACHINE |
| SIEMENS | 27328 | CO AG ANALYZER |
| STERIS | 27424 | QTY 2 SURGICAL TABLES |
| STERIS | 27424 | SURGICAL LIGHTS FOR 3 OR ROOMS |
| STRYKER | 27310 | NEPTUNE WASTE SYSTEM |
| STRYKER | 27462 | INSTRUMENTS |
| GE | POs 27360 & 27581 | Cath lab & Hemodynamics |
| FISHER HEALTHCARE | | Laxco Microscope System. LMC4BF w PL 10/50/100. Ergo Trinoc (Catalog # NC1881917) |
| FISHER HEALTHCARE | | Laxco Microscope System; LMC4BF w PL 4/10/20/100  Ergo Trinoc, Upgraded Stage (Catalog # NC1881919) |
| FISHER HEALTHCARE | Invoice # 480484b | Ultra-Low Freezer  ULT FZ TSX40086A 115V/60HZ (Catalog # TSX40086A) |
| FISHER HEALTHCARE | | Laxco Microscope System; LMC3 W PL 4 PH 10/40 FULL GOUT (Catalog # NC1882294) |
| Philips Healthcare | PO # 27984 | 102503 IntraSight (NNAW511 - IntraSight 7) |

## Exhibit A

*Copy of Hospital Lease Attached.*



# TRI-PARTY LANDLORD AGREEMENT

This Tri-Party Landlord Agreement is entered into as of this _____ day of _____, 2021 (this "Agreement") by and among NFS Leasing, Inc., a Massachusetts corporation ("NFS"), SA Hospital Acquision Group, LLC, a Delaware limited liability company ("Lessee"), and PI Broadway LLC ("Landlord"), a Missouri limited liability company.

WHEREAS, NFS and Lessee are entering into a certain equipment leasing transaction (the "Equipment Lease") whereby NFS will lease to Lessee certain equipment (the "Leased Equipment"), which Leased Equipment is more fully described below; and

WHEREAS, Landlord and Lessee are parties to that certain Hospital Lease dated January 19, 2021 and a true, complete and accurate copy of such lease, as amended, is attached hereto as **Exhibit A** (as amended, restated or otherwise modified from time to time the "Lease") for certain premises located at **3933 S. Broadway St. Louis, MO 63118** (the "Premises"); and

WHEREAS, the purpose of this Agreement is to provide for NFS to gain access to the Leased Equipment in the event Lessee defaults under the Equipment Lease and NFS exercises its rights thereunder to repossess the Leased Equipment.

NOW THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties to this Agreement hereby agree as follows:

1. Landlord's Representations:  Landlord hereby warrants and represents that the Lessee is the tenant under the Lease.  The Landlord waives any claim or defense to the contrary.  The Lease represents the entire understanding between Landlord and Lessee with respect to the leasing of the Premises.  The Lease has been duly authorized, executed and delivered by Landlord, and is in full force and effect.  To the best knowledge of Landlord, the Premises have not become subject to any mechanic's, laborer's, material person's or other lien.  There exists no default of Landlord or Lessee under the Lease nor state of facts which, with the passage of time or the giving of notice or both, could ripen into a default on the part of Landlord, or to the best knowledge of Landlord, could ripen into a default on the part of Lessee under the Lease.

2. Collateral and Leased Equipment:  For all purposes of this Agreement the "Leased Equipment" means that certain equipment set forth on the attached **Schedule 1** as well as any subsequent equipment which may in the future be leased to Lessee under any additional schedule to the Equipment Lease and which is to be physically located at the Premises, together with any replacements or additions thereto.  Each of Landlord and Lessee agree to at all times recognize NFS' ownership interest in the Leased Equipment even where the Leased Equipment may be attached to, affixed to or installed in or upon the Premises, and shall not assert any claims to a lien or other interest in the Leased Equipment.  Additionally,  Landlord acknowledges that NFS has required, and may in the future require, as security for the obligations under the Equipment Lease, inter alia, liens on certain assets owned by Lessee that may be located at the Premises (the "Collateral").  Landlord hereby agrees that: (a) Landlord will not assert against any of Lessee's assets (including, without limitation, the Collateral) any statutory or possessory liens, including, without limitation, rights of levy or distraint for rent, all of which Landlord hereby waives; and (b) none of the Collateral located at the Premises shall be deemed to be fixtures.

3. Access to Leased Equipment in the Event of Default Under Equipment Lease:  Each of Lessee and Landlord hereby agrees that in the event of any default declared by NFS under the Equipment Lease ("Default") which gives rise to NFS seeking to enforce its rights of repossession of the Leased Equipment and to enforce its security interest in the Lease and/or the Collateral, Landlord is hereby authorized and directed, at NFS' option, to allow NFS or its designated agents to (a) succeed to Lessee's right, title and interest under the Lease, and (b)  or (c) remove the Leased Equipment and/or Collateral from the Premises within a reasonable time, not to exceed ninety (90) days after NFS provides notice to Landlord of the Default, provided that if NFS occupies the Premises in excess of twenty (20) days (the "Initial Period") after such notice of Default, NFS shall pay to Landlord a use and occupancy fee equal to the amount of the prorated monthly rental payment that would have been due under the Lease for the period of time NFS occupies the Premises after the Initial Period, and NFS shall pay Landlord for any actual damages directly caused by NFS or its representatives in removing the Leased Equipment and/or Collateral from the Premises. Landlord further agrees that Landlord will not hinder NFS' actions in repossessing the Leased Equipment or exercising its rights with respect to the Collateral.

4. Certain Agreements:  Landlord hereby agrees that it will simultaneously provide NFS with a copy of any notice of default, or any similar notice, sent to Lessee which relates to Lessee's use or occupancy of the Premises in connection with the Lease. Landlord will not seek to exercise any right it may have to terminate the Lease by reason of any act or omission of Lessee until a reasonable period of time (but in any event not less than thirty (30) days) shall have elapsed following the notice to Lessee (with a copy to NFS as provided above), during which period NFS shall have the right, but shall not be under any obligation, to remedy such act or omission. Landlord agrees to accept such performance by NFS on account of Lessee under the Lease.  The agreements contained herein shall continue in full force until all obligations and liabilities of Lessee to NFS are paid and performed in full and all leasing and other arrangements between the Lessee and Lessor under the Equipment Lease have been terminated. Landlord shall notify all successor owners, transferees, purchasers and mortgagees of the existence of this Agreement and the terms and conditions contained herein.

5. Notices:  All notices permitted or required by this Agreement shall be in writing and served upon the parties by either certified mail, return receipt requested, or by a reputable overnight delivery service requiring a signature upon delivery, or via facsimile or electronic mail transmission for which a successful transmission report is generated. Any such notice shall be deemed effective when received by that party at the following address, email or facsimile number:

| If to: NFS Leasing, Inc. | | If to Lessee: | SA Hospital Acquisition Group, LLC | If to Landlord: | PI Broadway LLC |
|---|---|---|---|---|---|
| 900 Cummings Center, Suite 226-U | | Address: | 269 West Bonita | Address: | c/o Positive Investments, Inc. |
| Beverly, MA 01915 | | | Claremont, CA 91711 | | 610 N. Santa Anita Ave Arcadia, CA 91006 |
| Fax: (866) 805-3667 | | Phone: | | Phone: | |
| Attn: Legal | | Fax: | | Attn: | Rao Yalamanchili |
| Email: legal@nfsleasing.com | | Email: | Troy.schell@schnuelle.com | Email: | rao@positiveinvestments.com |

6.  <u>Governing Law, Jurisdiction and Venue</u>:   This Agreement shall be interpreted under and governed by the laws of the State where the Leased Equipment is located and any action commenced hereunder shall be brought only in a court of competent jurisdiction sitting within said State.

7.  <u>Modification</u>:  To be effective, any modification of this Agreement must be in writing and executed by all parties.

8.  <u>Execution</u>:  Each party represents and warrants to the other parties that the person executing this Agreement on its behalf is duly authorized to do so and that once executed, this Agreement is intended to be a binding agreement enforceable in accordance with its terms. This Agreement may be executed in several counterparts with each such counterpart constituting an original. Any party may execute this Agreement via fax with original signature pages thereafter furnished to the other parties, provided however that no party may avoid any obligation hereunder by virtue of its failure to furnish such original signatures.

9.  <u>Severability</u>. In the event that any provision of this Agreement shall be held to be invalid, void, voidable, or otherwise unenforceable, the remaining portions of this Agreement shall remain in full force and effect to the extent that they can be given effect without the invalid portions.

10. <u>Successors and Assigns</u>.  It is the intent of the parties that this Agreement shall be binding upon each of the party's successors, assigns, and personal representatives, upon any successor owner or transferee of the Premises, and upon any purchaser, including any mortgagee, from Landlord.

Executed as an agreement under seal and effective on the date first above written.

NFS Leasing, Inc.                      Lessee: SA Hospital Acquisition Group, LLC          Landlord: PI Broadway LLC

Name:_____          Name:_____                      Name:_____

Signature:_____          Signature:_____                      Signature:_____

Title:_____          Title:_____                      Title:_____

Date:_____          Date:_____                      Date:_____

# __Schedule 1__

| Vendor | Invoice or PO # | Description |
|---|---|---|
| Alco Sales And Service Co. | 2833897-IN | QTY 25 LITHIUM IRON PHOSPHATE BATTERY |
| BidMed, LLC | T-282-21 | PRECISION FLOUROSCOPY SYSTEM |
| BidMed, LLC | T-282-21 | SIGNA EXCITE 1.5T MOBILE MRI |
| Boelter | 720763-1 | CONTRACT TO FURNISH KITCHEN EQUIPMENT |
| Cadwell | 245921 | CAMERA ACCESSORIES |
| CDW 2 | 4049065 | MS SOFTWARE |
| CDW 3 | 3835877 | ARUBA SOFTWARE |
| CDW 4 | 3716877 | 48 WIRELESS GATEWAYS AND CONTROLLERS |
| CDW 5 | 4207989 | 100 7480 MONITORS 100 LOGITECH WIRELESS |
| CDW | 4171567 | 452 SOFTWARE LICENSES FOR MS EXCHANGE ETC. |
| FISHER HEALTHCARE | 5819729 | JPL430A HIGH PERFORMANCE PLASMA FREEZER |
| FUTURA MOBILITY | 100063518 | QTY 10 M38E CHASSIS POWER MLIFT AND ACCESORIES |
| FUTURA MOBILITY | 100063915 | 10 DELL OPTIPLEX MFF MLK |
| FUTURA MOBILITY | 100064007 | 10 HONEYWELL 1950 SCANNER ONLY |
| HILLROM | 1171078 | VOLARA SYSTEM AND STAND |
| JAKEN MEDICAL | 47560 | QTY 4 ELECTROCARDIOGRAPH GE MAC COLOR DISP 12SL GS INTERP |
| JUST MEDICAL | 4010584 | MRI SPIRODOC SPIROMETER AND OXIMETER |
| LINET -2 | 20202612 | BEDS MATTRESSES TABLES CHAIRS |
| MEDICAL POSITIONING | 5890 | ECHOTABLE AND ACCESSORIES |
| MINDRAY | P6001320A | QTY 4 MINDRAY ULTRASOUND SYSTEMS AND ACCESORIES |
| MINDRAY | P600011320 | MINDRAY PATIENT MONITORING AND ANESTHESIA SYSTEM |
| NORIX | INV88672 | BEDS MATTRESSES RESTRAINT CHAIRS LOUNGE |
| ORTHO CLINICAL DIAGNOSTICS | 1851665718 | VITRO XT 7600 INTEGRATED SYSTEM ANTIGEN TESTING |
| SERVICE EXPRESS | 987076 | EMC DELL INTEL VM WARE |
| STLCOM.COM 2 | 136089 | NURSE CALL SYSTEM AND PATIENT MONITORING |
| STLCOM.COM 3 | 136055 | TWO INVOICE INCLUDE SOFTWARE HARDWARE INSTALL AND TAX |
| STLCOM.COM 4 | STL-135017 | AVAYA PHONE HARDWARE AND SYS SOFTWARE |
| ABBOT | 27314 | HEMATOLOGY ANALYZER |
| ADVANCED STRILIZATION PRODUCTS | 27474 | SURGERY STERILIZER - ST100NX ALLCLEAR 1-DR DUO and install kit |
| ARJO | 27482 | PATIENT LIFT AND SAFETY |
| COVIDIEN (Medtronic) | 27460 | QTY 4 VENTILATOR |
| FERGUSON FACILITIES SUPPLIES | 27256 | QTY 2 EVS DEPARTMENTS |
| GE | 27499 | DICOM GW PRO |
| GE | 27390 | DIGITAL X RAY - Optima XR646 1D base LED (Item # S1204AH) |
| GE | 27360 | RADIOLOGY |
| GE | 27306 | CT SCAN - Revolution Evo Gen 2 ES Digital BJ |
| GE | 27442 | C-ARMS |
| GE | 27361 | NUCLEAR MEDICINE - GS INF2 .375IN ACQ SYS - GoldSeal Infinia II dual detector imaging system |
| GE | 27365 | ULTRASOUND - GoldSeal Logiq S8 R4.5 OLED (Catalog # L8029SE) and Array Probe |
| MCKESSON | 30429 | BIOMERIEUX (MICROBIOLOGY) |
| MCKESSON | 30426 | BIOMERIEUX MICROBIOLOGY) |

3

| PHILIPS | 27473 | QTY 4 BIPAP MACHINE |
|---|---|---|
| SIEMENS | 27328 | CO AG ANALYZER |
| STERIS | 27424 | QTY 2 SURGICAL TABLES |
| STERIS | 27424 | SURGICAL LIGHTS FOR 3 OR ROOMS |
| STRYKER | 27310 | NEPTUNE WASTE SYSTEM |
| STRYKER | 27462 | INSTRUMENTS |
| GE | POs 27360 & 27581 | Cath lab & Hemodynamics |
| FISHER HEALTHCARE | | Laxco Microscope System: LMC4BF w PL 10/50/100, Ergo Trinoc (Catalog # NC1881917) |
| FISHER HEALTHCARE | | Laxco Microscope System: LMC4BF w PL 4/10/20/100, Ergo Trinoc, Upgraded Stage (Catalog # NC1881919) |
| FISHER HEALTHCARE | Invoice # 4804846 | Ultra-Low Freezer: ULT FZ TSX40086A 115V/60HZ (Catalog # TSX40086A) |
| FISHER HEALTHCARE | | Laxco Microscope System: LMC3 W PL 4 PH 10/40 FULL GOUT (Catalog # NC1882294) |
| Philips Healthcare | PO # 27984 | 102503 IntraSight (NNAW511 - IntraSight 7) |

# <u>Exhibit A</u>

***Copy of Hospital Lease Attached.***