**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| NFS LEASING, INC., )<br>)<br>          Plaintiff, )<br>)   Case No.<br>v. )<br>)<br>SA HOSPITAL ACQUISITION GROUP, LLC, )<br>AMERICAN HEALTHCARE SYSTEMS, LLC, )<br>and AMERICAN HEALTHCARE SYSTEMS )<br>MISSOURI, LLC, )<br>)<br>)<br>          Defendants. )<br>) | |

**NOTICE OF WRIT OF ATTACHMENT**

PLEASE TAKE NOTICE that a Writ of Attachment has been issued and filed on any and all equipment of SA Hospital Acquisition Group, LLC, including at 3933 S Broadway, St. Louis, MO 63118, which equipment includes (i) the Leased Equipment of NFS (as identified on **Exhibit A** hereto) and (ii) all other equipment and goods (as the terms "equipment" and "goods" are defined in M.G.L. c. 106, § 9-102, a copy of which is attached as **Exhibit B** hereto), or as much thereof as will be sufficient to satisfy the sum of Two Million One Hundred Thirteen Thousand Five Hundred Ninety-Nine dollars and Zero cents ($2,113,599.00). You are afforded the right to request a hearing to determine the propriety of the issuance of the writ as provided in Mo. R. Civ. P. 85.13.  In addition, you have the right to post a bond in accordance with Mo.R.Civ.Pro. 85.09 and 85.10.

Dated: February 20, 2023

Respectfully submitted,

**GREENSFELDER, HEMKER & GALE, P.C.**

By: */s/ Randall F. Scherck*
      Randall F. Scherck, #31085MO
      10 South Broadway, Suite 2000
      St. Louis, Missouri  63102
      (314) 241-9090 (Telephone)
      (314) 241-8624 (Facsimile)
      rscherck@greensfelder.com

*Attorney for Plaintiff NFS Leasing, Inc.*