UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NFS LEASING, INC. ) | |
| ) | |
| Plaintiff, ) | Case No.: 4:23-cv-00203-AGF |
| ) | |
| v. ) | |
| ) | |
| SA HOSPITAL ACQUISITION GROUP, LLC, ) | |
| AMERICAN HEALTHCARE SYSTEMS, LLC, ) | |
| And AMERICAN HEALTHCARE SYSTEMS ) | |
| MISSOURI, LLC, ) | |
| ) | |
| Defendants. ) | |

## DISCLOSURE STATEMENT

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, Defendant SA Hospital Acquisition Group, LLC, by its undersigned counsel, hereby discloses the following:

1. Publicly traded, and if it is, on which exchange(s):

    N/A.

2. The parent companies of the corporation:

    None.

3. Subsidiaries not wholly owned by the corporation:

    None.

4. Any publicly held company that owns an interest the corporation:

    None.

By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, and no later than seven (7) days of the change or event. EDMO L.R. 2.09(C); see also Fed. R. Civ. P. 7.1(a)(2)(B) and 7.1(b)(2).

1

        Respectfully submitted,

        FRANKEL, RUBIN, KLEIN,
        PAYNE & PUDLOWSKI P.C.

By: */s/ Mayer S. Klein*
     MAYER S. KLEIN, #MO32605
     mklein@frankelrubin.com
     231 S. Bemiston, Suite 1111
     Clayton, Missouri 63105
     Telephone: (314) 725-8000
     Facsimile:  (314) 726-5837

*Attorneys for Defendant SA Hospital Acquisition Group, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 14, 2023, a true copy of the foregoing was electronically filed with the Clerk of the Court and served upon all counsel of record.

        */s/ Mayer S. Klein*
        Mayer S. Klein