MOED-0001         DISCLOSURE STATEMENT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| NFS LEASING, INC.<br><br>Plaintiff(s),<br><br>vs.<br><br>AMERICAN HEALTHCARE SYSTEMS MISSOURI, LLC; AMERICAN HEALTHCARE SYSTEMS, LLC, and SA HOSPITAL ACQUISITION GROUP, LLC,<br><br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)  Case No. 4:23-cv-00203-AGF<br>)<br>)<br>)<br>)<br>)<br>) |

**AMENDED DISCLOSURE STATEMENT**

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, Counsel of record for <u>American Healthcare Systems, LLC</u> hereby discloses the following:

1. If the subject is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene,

   a. Whether it is publicly traded, and if it is, on which exchange(s):
   N/A

   b. Its parent companies or corporations (if none, state "none"):
   American Healthcare Systems Corp. Inc.

   c. Its subsidiaries not wholly owned by the subject (if none, state "none"):
   None

   d. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):
   None

2. If the subject is a party or intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:

   Defendant American Healthcare Systems, LLC is a Virginia limited liability company whose sole member is American Healthcare Systems Corp., Inc., a Nevada corporation having its principal place of business in California.  American Healthcare Systems Corp., Inc. is a citizen of the State of Nevada and the Sate of California.

Note: Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of all persons and entities within the ownership structure. Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

MOED-0001                DISCLOSURE STATEMENT

      By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, and no later than seven (7) days of the change or event. EDMO L.R. 2.09(C); *see also* Fed. R. Civ. P. 7.1(a)(2)(B) and 7.1(b)(2).

    /s/ David P. Stoeberl
Signature (Counsel for Plaintiff/Defendant)
Print Name:  David P. Stoeberl
Address:  120 S. Central Avenue, Suite 1800
City/State/Zip:  St. Louis, MO 63105
Phone:  314-854-8600

Certificate of Service

      I hereby certify that a true copy of the foregoing Disclosure Statement was served (by mail, by hand delivery, or by electronic notice) on all parties on:
    April 27, 20 23.

    /s/ David P. Stoeberl
Signature