IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| NFS LEASING, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:23-cv-00203 |
| SA HOSPITAL ACQUISITION GROUP, LLC, et al., | ) ) ) ) |
| Defendant. | ) ) |

# RECEIVER FOR DEFENDANT SA HOSPITAL ACQUISITION GROUP LLC'S <u>MOTION TO INTERVENE</u>

MorrisAnderson & Associates, Ltd. ("Receiver"), as general receiver for SA Hospital Acquisition Group, LLC ("SA Hospital"), respectfully requests that it be permitted to intervene in the above-captioned proceedings as a party defendant pursuant to Fed. R. Civ. P. 24(a)(2).

On May 25, 2023, the Circuit Court of St. Louis City, Missouri entered the *Order for Appointment of Receiver* (the "Receivership Order") in case Case No. 2322-CC00960 appointing the Receiver as general receiver over defendant SA Hospital.

Pursuant to Mo. Rev. Stat. 515.454.1(4), the Receiver is empowered "[t]o intervene in any action in which a claim is asserted against the debtor [i.e., SA Hospital], for the purpose of prosecuting or defending the claim….". The Receivership Order also provides as follows:

> The Receiver shall have the usual powers vested, conferred, enjoyed, and exercised by receivers according to the practice of this Court, the Act, and other statutes of this State including, without limitation, the following:
> ***
> h.   To intervene in any action in which a Claim is asserted against the Defendants and that impacts the Receivership Property, for the purpose of prosecuting or defending the claim and requesting the transfer of venue of the action to this Court.

1

Receivership Order, ¶ 5(h).

Furthermore, the Receivership Order transferred all of SA Hospital's property interests to the Receiver. The subject matter of this litigation is, in part, the possessory interest of certain equipment leased by Plaintiff to SA Hospital. This equipment is currently in the possession of the Receiver. Therefore, the Receiver has a specific and direct interest in this matter that may be impaired should Receiver not intervene and that is not protected by the present parties.

WHEREFORE, for the foregoing reasons and those set forth in the accompanying memorandum of law filed simultaneously herewith, Receiver respectfully requests that this Court enter an order permitting the Receiver to intervene in the above-captioned cause of action, and granting all such other relief as the Court deems necessary and just.

Dated: June 14, 2023

Respectfully submitted,

THOMPSON COBURN LLP

By /s/ Brian Hockett
    Brian W. Hockett, 52984
    bhockett@thompsoncoburn.com
    THOMPSON COBURN LLP
    One U.S. Bank Plaza, Suite 2700
    St. Louis, MO  63101
    314-552-6000
    314-552-7000 (f)

    Attorneys for MorrisAnderson &
    Associates, Ltd., as Receiver for
    SA Hospital Acquisition Group, LLC

**Certificate of Service**

The undersigned counsel hereby certifies that a true and correct copy of the foregoing document has been filed electronically and is available for viewing and downloading from the ECF system. The foregoing document has been served upon All Counsel of Record via ECF and/or E-mail, on this 14th day of June, 2023.

    /s/ Brian Hockett